TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (510) 970-4809
     Facsimile: (415) 744-0134
     Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SILVA ZAMORA, | ) No. 2:21-CV-02182-SHK |
| | ) |
|     Plaintiff, | ) |
| | ) **JUDGMENT** |
|        v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Having approved the parties' Stipulation to Remand Pursuant to Sentence

2  Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES

3  AND DECREES that judgment is entered for Plaintiff.

4

5

6  DATED: __11/17/2021_____    _____

7                                   HON. SHASHI H. KEWALRAMANI
                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28